AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JAMES JOHN EDWARDS<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)       6:19-mj- 1080<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 7, 2019__ in the county of __Brevard__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Nancy Lynn Raymundo, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/7/19

City and state:  Orlando, Florida

*Judge's signature*

GREGORY J. KELLY, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                      CASE NO. 6:19-mj- *1080*

COUNTY OF ORANGE

## AFFIDAVIT

1. I, Nancy Lynn Raymundo, being duly sworn, do hereby depose and state as follows:

2. I have received specialized training in the investigation of sex crimes, child exploitation, child pornography and computer crimes. Specifically, I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for producing, receiving, transmitting, and storing child pornography. I have participated in investigations of persons suspected of violating federal child pornography laws, in violation of 18 U.S.C. §§ 2251(a) and 2252A, and online enticement of a minor, in violation of 18 U.S.C. § 2422(b). Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3. This affidavit is submitted in support of a criminal complaint against James John EDWARDS, for a violation of 18 U.S.C. § 2252A(a)(5)(B). I believe there is probable cause that on or about February 7, 2019, in Brevard County, Florida, EDWARDS possessed child pornography in or affecting

interstate or foreign commerce, or that had been transported in interstate or foreign commerce, or that was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce, in violation of 18 U.S.C. § 2252A(a)(5)(B).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from other law enforcement officers, information from agency reports, and a review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## DETAILS OF THE INVESTIGATION

5. Between August 24, 2018, and September 11, 2018, acting in an undercover capacity and using a peer-to-peer file-sharing program known as Bittorrent Roundup, I downloaded multiple images and videos of child pornography from a computer using Internet Protocol (IP) address 45.20.253.101. On August 24, 2018, between 1:53 a.m. and 11:58 a.m., a download was successfully completed of 135 files from a device at IP address 45.20.253.101. On August 24, 2018, between 6:26 a.m. and 11:58 a.m., a

2

download was successfully completed of 5 files from a device at IP address 45.20.253.101. On August 24, 2018, between 11:48 p.m. and 11:51 p.m., a download was successfully completed of 54 files from a device at IP address 45.20.253.101. On August 25, 2018, between 4:46 p.m. and 4:52 p.m., a download was successfully completed of 139 files from a device at IP address 45.20.253.101. On September 2, 2018, between 11:13 a.m. and 1:28 p.m., a download was successfully completed of 9 files from a device at IP address 45.20.253.101. On September 3, 2018, between 6:24 p.m. and 8:49 p.m., a download was successfully completed of 3 files from a device at IP address 45.20.253.101. On September 3, 2018, between 7:03 p.m. and 8:49 p.m., a download was successfully completed of 14 files from a device at IP address 45.20.253.101. On September 3, 2018, between 7:12 p.m. and 8:49 p.m., a download was successfully completed of 7 files from a device at IP address 45.20.253.101. On September 4, 2018, between 3:24 a.m. and 3:50 a.m., a download was successfully completed of 4 files from a device at IP address 45.20.253.101. On September 11, 2018, between 5:36 a.m. and 6:17 a.m., a download was successfully completed of 9 files from a device at IP address 45.20.253.101. The device at IP address 45.20.253.101 was the sole candidate for all of the aforementioned downloads of child pornography, and as such, each file was downloaded directly from this IP address.

6. The single-source downloads from IP address 45.20.253.101, included the following files, which contain child pornography:

    a. (Pthc) 8Yo Blowjob – Serious xxx Shot

        A 1 minute and 42 second video. The video depicts an approximately 5 to 8-year-old prepubescent female. The video starts with an adult male erect penis being shown to the camera. The female says something and then begins to perform oral sex on the adult male. At approximate 32 seconds, the video switches to another angle of the same female performing oral sex on an adult male. At approximately 47 seconds, the video switches again and the female appears to be wearing pink earrings and what looks like a flowery dress with a white lace collar. The male appears to be wearing green pants/shorts. During the video the female chokes on the male penis. The male ejaculates on the female child's head.

    b. PTHC – 6yo-16yo Blowjob by xxx

        This image depicts an approximately 6 or 7-year-old prepubescent female with an orange shirt and a yellow collar. She is holding an erect male penis in her hand and appears to have semen dripping out of her mouth.

    c. PTHC – 6yo-16yo Blowjob by xxx

        This image depicts an approximately 6 or 7-year-old prepubescent female with a multi-colored tank top with brown wavy shoulder length hair. She is holding an erect male penis in her hand and has the male erect penis inside her mouth.

7. The IP address 45.20.253.101 was registered to AT&T Internet Services (AT&T). As a result, on August 27, 2018, a subpoena was served to AT&T for IP address 45.20.253.101, to obtain certain subscriber information in

effect from August 23, 2018, through August 27, 2018. The subscriber records identified the IP address belonged to a person at a specific residence in Palm Bay, Florida, which is within the Middle District of Florida.

8. On February 7, 2019, federal and state agents executed a federal search warrant at the above-mentioned residence in Palm Bay, Florida. Upon arrival, I made contact with EDWARDS, brought him out of the residence, and read him *Miranda* rights. EDWARDS acknowledged he understood his rights, which he knowingly and voluntarily waived. An FBI Task Force Agent and I interviewed EDWARDS. EDWARDS confirmed that AT&T provides Internet service to his residence, and the Internet is password protected. EDWARDS acknowledged that there were computers in his bedroom. EDWARDS identified the location of his bedroom in the residence. EDWARDS also acknowledged that he used Bittorrent and knew it was a file-sharing software. EDWARDS was asked if anyone in the residence knew he was looking at child pornography, to which he responded, "No." EDWARDS said that no one else in the residence was looking at child pornography. Further, EDWARDS stated he did not want to implicate himself and invoked his Constitutional rights.

9. On February 7, 2018, Detective Reed Caswell with the Palm Bay Police Department assisted in executing the search warrant. He assisted in

5

triaging digital devices found within the residence. Upon entering EDWARDS' bedroom, Detective Caswell observed a wallet (which contained EDWARDS' driver license) and a handgun on a shelf just inside of the bedroom door. There was a desktop computer sitting on top of a dresser adjacent to the shelf with the handgun and a television was mounted above the dresser. There were two hard drives located on top of the dresser adjacent to the desktop computer. One of the drives, a 1 terabyte (TB) Samsung solid state drive (SSD), manufactured in China, was attached through a docking station to the desktop computer.

10. Detective Caswell seized the Samsung SSD and the docking station and attached the drive to a forensic workstation for triage. The drive was initially not connected through a write-blocker. The drive was disconnected from the workstation and connected using a write-blocker. The write-blocker prevents data from being written to the drive while an examination is being conducted. osTriage (v2.0.0.3) was used to triage the drive. After osTriage completed its scan, Detective Caswell and I identified approximately over 100 videos and what appeared to be thousands of images of child pornography, which were in allocated space. Several of the videos were previewed, which depicted prepubescent children engaged in sexually explicit conduct, including sadistic acts.

11. EDWARDS is currently on bond regarding state charges for possession of controlled substances.

12. Based on the above, there is probable cause that on or about February 7, 2019, in Brevard County, Florida, in the Middle District of Florida, EDWARDS knowingly possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (5)(B).

*N. Lynn Raymundo*
Nancy Lynn Raymundo
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 7th day of February, 2019.

*Gregory J. Kelly*
GREGORY J. KELLY
United States Magistrate Judge